UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>RANDY L. GARRISS,<br><br>　　　　　　　Defendant. | 4:17-CR-40058-02-LLP<br><br><br>REPORT AND RECOMMENDATION |

Pending is defendant's motion to suppress evidence.  Docket No. 151.
The motion requests suppression of any and all evidence obtained by
administrative process after referral was made to the Department of Justice for
criminal investigation.  The government has represented there is no such
evidence.  Docket No. 156.  Accordingly, it is hereby

RECOMMENDED that the motion to suppress (Docket No. 151) be denied
as moot.

### NOTICE TO PARTIES

The parties have fourteen (14) days after service of this report and
recommendation to file written objections pursuant to 28 U.S.C. § 636(b)(1),
unless an extension of time for good cause is obtained.  Failure to file timely
objections will result in the waiver of the right to appeal questions of fact.
Objections must be timely and specific in order to require de novo review by the

District Court.  <u>Thompson v. Nix</u>, 897 F.2d 356 (8th Cir. 1990); <u>Nash v. Black</u>,

781 F.2d 665 (8th Cir. 1986).

      DATED this 4th day of September, 2019.

                                          BY THE COURT:

                                          VERONICA L. DUFFY
                                          United States Magistrate Judge